# MANDATORY DISCOVERY Rule 26(F)

**Deponent Plaintiff:** Dustin L. Auttenberry
David Wade Correction
670 Bell Hill Road
Homer Louisiana, 71040

**Deponent Defendant:** Ray Hanson ET AL
David Wade Correction
670 Bell Hill Road
Homer Louisiana 71046

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
AUG 1 6 2007
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

07-0956 P

## PROCESS

Act or Process of adjusting or determining an adjusting. This adjustment Between Dustin L. Auttenberry and Ray Hanson, ET AL Concerning there dealings and difficulties also inflictions and deprivations. An agreement BY which Parties having factual disputed Matters Between them reach or ascertain what is coming from one to the other also immunities from Punitive Disciplinary Actions Within Deposition. Determination BY agreement and liquidation Sowers v. Robertson, 144 Kan 273 58 P.2d 1105, 1107. Payment or Satisfaction LedBetter v. Hall 191 Ark 791, 87 S.W.2d 996, 999. in Legal Parlance implies Meetings of Minds of Parties to Transaction or Controversey, Ezmirlian v. Otto, 139 Cal. App. 486, 34 P.2d 774, 778. to fix, or resolve Conclusively, to Make or arrange for final de-position. Wager v. Burlington Elevators, Inc. 116 N.J. Super. 390, 282 A.2d 437, 441.

Place of deposition: David Wade Correction 670 Bell Hill Road Homer Louisiana 71040 South Classification office. BY denying Process it inflicts Cruel and unusual Punishment and deprives of Due Process Need and Wont. Equal Protection from unfair and Cruel and unusual Practice. Need No travaglise nor Malishes, callous deposition. Obligated to Relief in Complaint also obligat-ion of Ray Hanson ET AL and Court.

Next Page →

## Prayer for Relief

The request contained in a Bill in Equity that the Court will grant the process aid and relief which the Complainant desires

---

07-956

August 20, 2007

ORDER

Plaintiff's Motion For Process (Doc. 19) is denied. Plaintiff's lawsuit is undergoing initial review. Discovery and service of process are premature at this point.

*[signature]*

Austin Wade Autenberry #423413 (N4-D9)
David Wade Correction
670 Bell Hill Road
Homer, Louisiana 71040

SHREVEPORT LA 711
15 AUG 2007 PM 11

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 16 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

7110 1013 3083

Clerk, United States District Court
Western District of Louisiana
U.S. Court House
300 Fannin St., Suite 1167
Shreveport, Louisiana 71101-3083