

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DUSTIN AUTTONBERRY | CIVIL ACTION NO. 07-0956 |
| VERSUS | JUDGE DONALD E. WALTER |
| RAY HANSON, ET AL. | MAGISTRATE JUDGE HORNSBY |

## O R D E R

Before this Court is a Motion for Temporary Restraining Order [Doc. #21] filed by pro se plaintiff, Dustin Auttonberry ("Auttonberry"). For the reasons assigned herein, plaintiff's motion is **DENIED**.

There are four prerequisites for the extraordinary relief of a TRO or preliminary injunction. To prevail, a plaintiff must demonstrate (1) a substantial likelihood of success on the merits; (2) a substantial threat of immediate and irreparable harm, for which he has no adequate remedy at law; (3) that greater injury will result from denying the TRO than from its being granted; and (4) that a TRO will not disserve the public interest. Canal Author. v. Callaway, 489 F.2d 567, 572 (5th Cir. 1974) (en banc). If a party fails to meet any of the four requirements, the court cannot grant the TRO or preliminary injunction. See Allied Marketing Group, Inc. v. CDL Marketing, Inc., 878 F.2d 806, 809 (5th Cir. 1989); Canal Author., 489 F.2d at 576.

Because this Court finds that plaintiff has failed to meet his burden of proof, **IT IS ORDERED** that plaintiff's Motion for TRO [Doc. #21] be and is hereby **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 29 day of August, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE